

# THE ATTORNEY GENERAL

# OF TEXAS

AUSTIN 11, TEXAS

**PRICE DANIEL**
ATTORNEY GENERAL

April 30, 1952

Hon. James M. Cotten        Opinion No. V-1450
County Attorney
Parker County              Re:  Duty of the County
Weatherford, Texas              Clerk to record
                                deaths and births
                                occurring in Parker
                                County within or with-
                                out the City of
Dear Sir:                       Weatherford.

     Your request for an opinion of this of-
fice reads in part as follows:

     "Must the County Clerk of Parker
County, Texas file death certificates
presented to him for filing by an under-
taker.  Also must he file birth and death
certificates presented to him by a Jus-
tice of the Peace or the City Secretary
of Weatherford.

     "Weatherford is an incorporated
city of 10,500 population.  The City
Secretary is charged by ordinance with
the duty of maintaining true and accu-
rate copies of each birth and death and
stillbirth certificate permanently filed
in his office.  There are six Justice
Precincts in Parker County outside of
Weatherford.  Normally no births occur
in these precincts, but deaths do occur
in these precincts."

     Rule 42a, Article 4477, V.C.S., provides
in part:

     "Undertaker's certificate.--That the
undertaker, or person acting as under-
taker, shall file the certificate of
death with the local registrar of the
district in which the death occurred
and obtain a burial or removal permit
prior to any disposition of the body;

provided that any person who furnishes
a casket, coffin or box in which to bury
the dead and who renders service like or
similar to that usually rendered by an
undertaker, shall for the purposes of
this Act be deemed an undertaker.  He
shall obtain the required personal and
statistical particulars from the person
best qualified to supply them, over the
signature and address of his informant.
He shall then present the certificate
to the attending physician, if any, or
to the health officer, justice of peace,
or coroner, as directed by the local
registrar, for the medical certificate
of the cause of death and other particu-
lars necessary to complete the record,
as specified in Sections 7 and 8. . . ."

Rule 40a, Article 4477, V.C.S., sets out
the information which is required to be contained
in death certificates.

Rule 42a clearly requires the undertaker
to file the certificate of death with the local
registrar in the district in which the death
occurred.  "Local registrar," as provided in Rule
36a, Article 4477, V.C.S., does not include the
county clerk.  Neither Article 4477 nor any other
law requires the county clerk to file death certi-
ficates presented to him by an undertaker.  Prior
to the passage of House Bill 243, Acts 52nd Leg.,
R.S. 1951, ch. 87, p. 145 (Article 4477, V.C.S.),
all local registrars (including those in cities hav-
ing an ordinance requiring that a true and correct
copy of birth and death certificate be permanently
filed in the office of the city registrar) were re-
quired to deposit copies of each birth, death, and
stillbirth certificate, filed with him, with the
county clerk, who was required to record them.

However, House Bill 243, supra, amends,
among others, Rules 36a and 53a of Article 4477,
V.C.S.

Rule 36a now provides:

"For the purposes of this Act the State
shall be divided into primary registration

districts as follows:  Each Justice of the
peace precinct and each incorporated town
of two thousand, five hundred (2,500) or
more population, according to the last United
States Census, shall constitute a primary
registration district, provided the State
Board of Health may combine two (2) or more
registration districts, or may divide a
primary registration district into two (2)
or more parts, so as to facilitate registra-
tion, and in the justice of the peace pre-
cinct, the justice of the peace shall be
local registrar, and in cities of two thou-
sand, five hundred (2,500) or more, accord-
ing to the last United States Census, the
city clerk or city secretary shall be the
local registrar of births and deaths.

"It is hereby declared to be the duty
of the justice of the peace in the justice
of the peace precinct, and the city clerk
or city secretary in the city of two thou-
sand, five hundred (2,500) or more popula-
tion to secure a complete record of each
birth, death, and stillbirth that occurs
within their respective jurisdictions."

Rule 53a now provides in part:

"And provided further, that the justice
of the peace, city clerk or secretary, and
the appointed local registrar shall submit
to the commissioners court or county auditor,
as the case may be, a true and accurate copy
of each birth, death, and stillbirth certi-
ficate filed with him, and such copies shall
bear his file date and signature and shall
be deposited in the county clerk's office,
provided, however, that this provision shall
not apply to cities having an ordinance re-
quiring that true and accurate copies of each
birth, death, and stillbirth certificate be
permanently filed in the office of the city
registrar.  The county clerk shall be paid for
indexing and preserving such records, such
compensation as may be agreed upon by the
commissioners court."  (Emphasis added.)

It is seen from the above statutes that

the local registrar in a city having an ordinance requiring that a true and correct copy of each birth and death certificate filed in his office is not required to deposit a copy with the county clerk. Neither is the county clerk required to record such copies.

It is noted, however, that under Rule 53a all local registrars except those in cities having such an ordinance are required to deposit a copy of each birth, death, and stillbirth filed with them in the county clerk's office, and the county clerk is to record the same.

In view of the foregoing, it is our opinion that the county clerk is required to record all birth, death, and stillbirth certificates filed with him by the justices of the peace of Parker County. However, the county clerk is not required to file or record birth or death certificates presented to him by the city secretary of Weatherford.

## SUMMARY

The county clerk of Parker County is required to record copies of all birth and death certificates deposited with him by all justices of the peace of the county. However, he is not required to file birth or death certificates presented to him by the city secretary of Weatherford, a city requiring the permanent filing of such certificates with the city registrar. Neither is the county clerk required to file death certificates presented to him by an undertaker, since Rule 40a, Article 4477, V.C.S., requires that undertakers file death certificates with the local registrars named in the statute.

APPROVED:

J. C. Davis, Jr.
County Affairs Division

E. Jacobson
Reviewing Assistant

Charles D. Mathews
First Assistant

BA:mh

Yours very truly,

PRICE DANIEL
Attorney General

By *Bruce Allen*
Bruce Allen
Assistant